No. 305. DENVER & RIO GRANDE WESTERN RAILROAD CO. ET AL. *v.* UNITED STATES ET AL. Appeal from D. C. Colo. Probable jurisdiction noted. *William H. Dempsey, Jr., Giles Morrow, Harry C. Ames, Peter T. Beardsley, Harry Jordan, R. Edwin Brady, Jeremiah C. Waterman, C. W. Fiddes, David Axelrod, Eugene T. Lüpfert* and *Warren A. Goff* for appellants. *Solicitor General Marshall, Assistant Attorney General Turner, Robert S. Rifkind, Howard E. Shapiro, Charles L. Marinaccio, Robert W. Ginnane* and *Betty Jo Christian* for the United States et al., and *Thomas D. Barr* and *Owen Jameson* for Railway Express Agency, Inc., et al., appellees.

No. 342. FEDERAL TRADE COMMISSION *v.* PROCTER & GAMBLE CO. C. A. 6th Cir. Certiorari granted. *Solicitor General Marshall, Assistant Attorney General Turner, Richard A. Posner* and *James McI. Henderson* for petitioner. *Kenneth C. Royall, Frederick W. R. Pride* and *Robert D. Larsen* for respondent.

No. 343. PRIMA PAINT CORP. *v.* FLOOD & CONKLIN MFG. CO. C. A. 2d Cir. Certiorari granted. *Robert P. Herzog* for petitioner. *Joseph B. Russell, David N. Brainin* and *Martin A. Coleman* for respondent.

No. 299. DOWNIE *v.* UNITED STATES LINES CO. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* for petitioner. *Thomas F. Mount* for respondent.